IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOVO NORDISK INC. and
NOVO NORDISK A/S            )
                            )
       v.                   )   Civil Action No.
                            )
                            )
RIO BIOPHARMACEUTICALS INC. )
and EMS S/A


**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**


Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: January 24, 2022

Date of Expiration of Patent: See Below*

Thirty Month Stay Deadline: June 5, 2025**

\* U.S. Patent No. 8,129,343 expires on 12/5/2031; U.S. Patent No. 9,132,239 expires 2/1/2032; U.S. Patent No. 9,457,154 expires on 9/27/2027; U.S. Patent No. 9,687,611 expires on 2/27/2027; and U.S. Patent No. 10,335,462 expires on 6/21/2033.

\*\* Under 21 C.F.R. Section 314.107(b)(3)(i)(B), the regulatory stay extends until the expiration of 7.5 years from the date of approval of the NDA, rather than 30 months.

| | |
|---|---|
| 3/4/2022 | /s/ Brian P. Egan |
| Date | Attorney(s) for Plaintiff |