IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OZEMPIC (SEMAGLUTIDE): PATENT LITIGATION | MDL NO. 22-MD-3038 (CFC) **ANDA CASE** |

| | |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK A/S, Plaintiffs, v. DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., et.al. Defendants. | C.A. No. 22-294-CFC **CONSOLIDATED** **ANDA CASE** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 24, 2023, a copy of Defendants' Proposed Constructions and Intrinsic Evidence (with Exhibit A) was served on the following counsel by electronic mail:

OF COUNSEL:

Jeffrey J. Oelke
Ryan P. Johnson
Robert E. Counihan
Laura T. Moran
Erica R. Sutter
Olivia L. Wheeling
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

|  |  |
|---|---|
| | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
| OF COUNSEL*:* | */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630) |
| Jovial Wong<br>Sharon Lin<br>WINSTON & STRAWN LLP<br>1901 L Street N.W.<br>Washington DC 20036<br>(202) 282-5000<br>jwong@winston.com<br>slin@winston.com | 300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.* |
| George C. Lombardi<br>Alison M. King<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>Phone: (312) 558-5600<br>glombardi@winston.com<br>amking@winston.com | |

Dated:  January 24, 2023