IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OZEMPIC (SEMAGLUTIDE) PATENT LITIGATION | ) ) MDL No. 22-3038-CFC ) **ANDA CASE** |
| NOVO NORDISK INC. and NOVO NORDISK A/S, <br><br> Plaintiffs, <br><br> v. <br><br> RIO BIOPHARMACEUTICALS, INC. et al, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 22-294-CFC ) **CONSOLIDATED** ) **ANDA CASE** ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 18, 2023, the following document was served on FW-Sema@fenwick.com and the persons listed below in the manner indicated:

1) Alvogen, Inc.'s First Set of Requests for Admissions (Nos. 1-15)

**BY EMAIL**

Jack B. Blumenfeld
Brian P. Egan
Travis J. Murray
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com

Michelle E. Irwin
FENWICK & WEST LLP
401 Union St., 5th Floor
Seattle, WA 98101
(206) 389-4510
mirwin@fenwick.com

Adeline Miller
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
amiller@fenwick.com

Jeffrey J. Oelke
Ryan P. Johnson
Robert E. Counihan
Laura T. Moran
Eric R. Sutter
Olivia Wheeling
Vanessa Park-Thompson
Allie Cohen Dolloff
Ryan A. Haddad
Retley G. Locke, Jr.
Michael Yoon
Michelle E. Irwin
Adeline Miller
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010-6035
(212) 430-2600
joelke@fenwick.com
ryan.johnson@fenwick.com
rcounihan@fenwick.com
laura.moran@fenwick.com
esutter@fenwick.com
owheeling@fenwick.com
vpark-thompson@fenwick.com
acohendolloff@fenwick.com
rhaddad@fenwick.com
rlocke@fenwick.com
myoon@fenwick.com

OF COUNSEL:
Matthew J. Becker
Chantelle D. Ankerman
Aaron Z. Savit
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

Aziz Burgy
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 721-5417

Dated: September 18, 2023

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Defendant Alvogen, Inc.*

3