# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE OZEMPIC (SEMAGLUTIDE) PATENT LITIGATION | MDL No. 22-MD-3038-CFC-EGT<br><br>**ANDA CASE** |
| NOVO NORDISK INC. AND NOVO NORDISK A/S,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>RIO BIOPHARMACEUTICALS INC., et al.,<br><br>Defendants/Counterclaim Plaintiffs. | C.A. No. 22-294-CFC-EGT<br><br>**CONSOLIDATED<br>ANDA CASE** |

### DEFENDANTS' AMENDED NOTICE OF DEPOSITION
### OF MIKHAIL KOSIBOROD, M.D.

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., Rio Biopharmaceuticals Inc., EMS S/A, Sun Pharmaceutical Industries Ltd, Sun Pharmaceutical Industries, Inc., and Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively "Defendants"), by and through their undersigned attorneys, hereby give notice that they will take the deposition of Mikhail Kosiborod, M.D., on October 9, 2024, beginning at 9:00 A.M. CT. The deposition will be conducted at the Kansas City

1

2

Marriott Country Club Plaza, 4445 Main Street, Kansas City, MO 64111, or at such other time and place as agreed upon by the parties.

The deposition will be taken before an officer authorized by the laws of the United States to administer oaths and will be recorded by video and/or stenographic means.  The deposition will continue from day-to-day thereafter until completed, excluding weekends and holidays.

Dated: October 2, 2024

| HEYMAN ENERIO GATTUSO & HIRZEL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Dominick T. Gattuso* | */s/ Kenneth L. Dorsney* |
| Dominick T. Gattuso (#3630) | Kenneth Dorsney (#3726) |
| 300 Delaware Avenue, Suite 200 | Cortlan S. Hitch (#6720) |
| Wilmington, DE 19801 | 500 Delaware Avenue, Suite 1500 |
| dgattuso@hegh.law | Wilmington, DE 19801-1494 |
| | kdorsney@morrisjames.com |
| | chitch@morrisjames.com |

OF COUNSEL:

Jovial Wong
Sharon Lin
WINSTON & STRAWN LLP
1901 L Street N.W.
Washington, DC 20036
jwong@winston.com
slin@winston.com

George C. Lombardi
Alison M. King
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
glombardi@winston.com
amking@winston.com

*Attorneys for Defendants
Dr. Reddy's Laboratories, Ltd. and
Dr. Reddy's Laboratories, Inc.*

OF COUNSEL:

Stephen R. Auten
Philip Y. Kouyoumdjian
Jaimin H. Shah
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601-3713
sauten@taftlaw.com
pkouyoumdjian@taftlaw.com
jshah@taftlaw.com

Aaron M. Johnson
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2210
ajohnson@taftlaw.com

*Attorneys for Defendants
Rio Biopharmaceuticals Inc. and
EMS S/A*

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS LAYTON & FINGER, P.A. |
|---|---|
| /s/ *Alexis N. Stombaugh* | /s/ *Sara M. Metzler* |
| Pilar G. Kraman (#5199) | Kelly E. Farnan (#4395) |
| Alexis N. Stombaugh (#6702) | Sara M. Metzler (#6509) |
| Rodney Square | One Rodney Square |
| 1000 North King Street | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| pkraman@ycst.com | farnan@rlf.com |
| astombaugh@ycst.com | metzler@rlf.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Michael J. Gaertner | Brian Sodikoff |
| David B. Abramowitz | KATTEN MUCHIN ROSENMAN LLP |
| Carolyn A. Blessing | 525 West Monroe Street |
| Jacob C. Britz | Chicago, IL 60661-3693 |
| LOCKE LORD LLP | brian.sodikoff@katten.com |
| 111 South Wacker Drive | |
| Chicago, IL 60606 | Christopher B. Ferenc |
| dabramowitz@lockelord.com | KATTEN MUCHIN ROSENMAN LLP |
| mgaertner@lockelord.com | 2900 K Street NW |
| cblessing@lockelord.com | Suite 200 |
| jacob.britz@lockelord.com | Washington, DC 20007 |
| | christopher.ferenc@katten.com |
| *Attorneys for Defendants* | |
| *Zydus Worldwide DMCC,* | Christopher W. West |
| *Zydus Pharmaceuticals (USA) Inc.* | KATTEN MUCHIN ROSENMAN LLP |
| *and Zydus Lifesciences Limited.* | 550 South Tryon Street, Suite 2900 |
| | Charlotte, NC 28202 |
| | christopher.west@katten.com |
| | |
| | *Attorneys for Defendants* |
| | *Sun Pharmaceutical Industries Ltd. and* |
| | *Sun Pharmaceutical Industries, Inc.* |

4