# Exhibit 6

# EXHIBIT 6:

# PLAINTIFFS' WITNESS LIST

CONFIDENTIAL INFORMATION

# EXHIBIT 6

## PLAINTIFFS' WITNESS LIST

Subject to the availability of each witness at the time of trial, the time constraints of trial, and the evidence presented by Defendants, Plaintiffs will call the following live witnesses[1]:

1. Dr. John Buse
   UNC Health Endocrinology Clinic
   ▮▮▮▮▮▮▮▮

2. Dr. Lee Kaplan
   ▮▮▮▮▮▮▮▮

---

[1] Defendants bear the burden of proof on invalidity. Defendants have chosen not to include in the Pretrial Order any invalidity theories regarding the '343 patent, and instead have included a footnote proposing the parties discuss resolution of the '343 patent after the mandate in the Federal Circuit's precedential *Allergan* decision issues. Accordingly, there is nothing for Plaintiffs to rebut regarding validity of the '343 patent. Plaintiffs therefore do not include any proofs, facts, witnesses, or issues of law specific to the validity of the '343 patent, other than those necessary to show why the *Allergan* decision dispenses with Defendants' obviousness-type double patenting defense. In view of Defendants' decision to forgo disclosing in the Pretrial Order any proofs regarding alleged invalidity of the '343 patent, any facts or witnesses on which they would rely to meet their burden to prove invalidity, or any law on which they would rely in doing so, Plaintiffs contend that Defendants have waived all invalidity defenses to the '343 patent. Plaintiffs, however, reserve the right to supplement their Witness List (including their Statement of Expert Witness Expertise and Subject Matter of Expert Testimony) to include expert and fact witnesses who will address the validity of the '343 patent should the Court allow Defendants to present any invalidity theory against the '343 patent at trial.

3. Dr. Mikhail Kosiborod
   St. Luke's Mid America Heart Inst.

   

4. Dr. Patrick Sinko
   Rutgers University

   

5. Dr. Michael E. Trautmann

   

6. Dr. Christopher Vellturo
   Quantitative Economic Solutions, LLC

   

7. Dr. Matthew Weir
   University of Maryland Med. Ctr.

   

8. Dr. Christine Bjørn Jensen
   Novo Nordisk A/S
   Novo Allé, 2880 Bagsværd
   Denmark

Subject to the availability of each witness at the time of trial, the time constraints of trial, and the evidence presented by Defendants, Plaintiffs may call the following witnesses, either live or by deposition testimony.

9. Vanessa Costain
   Novo Nordisk Inc.
   800 Scudders Mill Road
   Plainsboro, NJ 08536

    10. Stephanie DeChiaro
        Novo Nordisk Inc.
        800 Scudders Mill Road
        Plainsboro, NJ 08536

Plaintiffs reserve the right to amend the above witness list due to amendments to Defendants' witness list, unavailability of witnesses, preparation of and modifications to the Pretrial Order, facts and legal arguments advanced by Defendants, or in response to rulings of the Court. Plaintiffs reserve the right to call any witness listed on Defendants' witness list. Plaintiffs reserve the right to introduce the deposition testimony of any witness who has submitted an expert report or declaration on behalf of Defendants, but who is not called in person in Defendants' case-in-chief at trial. By naming an individual above, Plaintiffs do not commit to call the individual at trial, nor do they represent that the individual is available for or will appear at trial.